# Osteonecrosis of the jaws in patients with a history of receiving bisphosphonate therapy

## Strategies for prevention and early recognition

MAICO D. MELO, D.M.D.; GEORGE OBEID, D.D.S.

**Background.** Bisphosphonates, inhibitors of osteoclasts, have been shown to alleviate many of the devastating consequences associated with metastatic bone disease. However, recent reports have shown that bisphosphonates may cause osteonecrosis of the jaws. Since the publication of these initial reports, the authors have treated several patients with osteonecrosis of the jaws who had a history of receiving bisphosphonate therapy.

**Methods.** The authors reviewed the medical records of patients who visited their clinic between September 2003 and December 2004 and who had osteonecrosis of the jaws and a history of having received bisphosphonate therapy but no irradiation to the head and neck.

**Results.** Eleven patients (four female and seven male) with a mean age of 69 years were included in this report. They had received bisphosphonate therapy for a mean duration of 34 months. Radiographic data showed loss of bone density at sites of osteonecrosis, and histologic examination demonstrated necrosis of bone without evidence of metastases.

**Conclusions and Clinical Implications.** Further research is required for better understanding of the role of bisphosphonates in the development of osteonecrosis of the jaws. Until more is known, the authors recommend that mesures be taken to prevent osteonecrosis in those at risk, including identifying patients with a history of having received bisphosphonate therapy before they undergo dental surgery. To help identify such patients, the authors propose the use of a screening questionnaire. When feasible, physicians should consult with their patients' general dentists or oral surgeons before patients begin bisphosphonate therapy.

**Key Words.** Bisphosphonates; osteonecrosis; bone disease; malignancy.

Bisphosphonates, inhibitors of osteoclasts, have been used for many years in the treatment of resorptive bone diseases including osteoporosis, Paget's disease and hypercalcemia related to malignancy. However, bisphosphonates also have been shown to inhibit angiogenesis and induce apoptosis in tumor cells.[1-6] These features have made bisphosphonates useful in the treatment of metastatic bone disease.

**Clinicians need to be aware of bisphosphonate-related osteonecrosis because they are in a position to recognize and possibly prevent this complication of cancer treatment.**

## BACKGROUND

Several clinical trials have demonstrated the beneficial effects of bisphosphonates in reducing skeletal complications such as pain and pathological fracture in patients with bone metastases.[7-10] On the basis of the results of these trials, oncologists commonly prescribe bisphosphonates to treat bone lesions of multiple myeloma and metastatic bone lesions in patients with breast and prostate cancer.[11,12] Recently, the indications for bisphosphonate treatment were expanded to include osteolytic lesions from any solid tumor, which has resulted in a marked increase in the use of bisphosphonates.[13]

TESTIMONIO DE AUTENTICIDAD

YO, CARMEN ERMITA MARTINEZ AYALA conocida por EREMITA MARTINEZ AYALA, mayor de edad, viuda, ama de casa y vecina del municipio de Cabo Rojo, Puerto Rico, bajo juramento declaro lo siguiente:

1. Que mi nombre y demás circunstancias personales son las antes expresadas.

2. Que a pesar de que mi Certificado de Nacimiento aparezco inscrita con el nombre de Carmen Ermita Martínez Ayala siempre he usado el nombre de Eremita Martínez Ayala en asuntos y documentos oficiales.

3. Que entre los documentos en que aparezco usando el nombre de Eremita Martínez Ayala se encuentran:

a) Tarjeta de Seguro Social número 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.

b) Certificado de Matrimonio.

c) Certificados de Nacimiento de mis hijos.

4. Que deseo dejar establecido por medio de este documento que Carmen Ermita Martínez Ayala y Eremita Martínez Ayala son una y la misma persona y los nombres por los cuales soy conocida.

5. Que hago esta declaración de buena fe sin ánimo de adquirir derechos que no me correspondan, ni de burlar ley alguna.

Y PARA QUE ASI CONSTE, juro y signo la presente en Cabo Rojo, Puerto Rico, a 14 de enero de 1993.

Carmen Ermita Martinez Ayala CP
CARMEN ERMITA MARTINEZ AYALA conocida por EREMITA MARTINEZ AYALA
Eremita Martinez Ayala

AFFIDAVIT NUM. 5872

YO, GILBERTO ACOSTA AYALA, Notario Público con residencia oficial en Cabo Rojo, Puerto Rico, DOY FE:

Que considero legítima la firma que antecede de doña Carmen Ermita Martínez Ayala conocida por Eremita Martínez Ayala, mayor de edad, viuda, ama de casa y vecina del municipio de Cabo Rojo, Puerto Rico, por haberse identificado debidamente la firmante por los medios establecidos en ley y por haber estampado su firma en mi presencia, hoy 14 de enero de 1993.

[signature]
NOTARIO PUBLICO

GILBERTO ACOSTA AYALA
ABOGADO
NOTARIO
PUERTO RICO

Le envio copia ya que ella no utiliza el Carmen ella firma Eremita Martínez Ayala

# INFORMATION FOR YOUR PHYSICIAN

Please answer the following questions prior to your first examination. It will help your physician to know not only about your health but also about your family and relatives.

TODAY'S DATE 24 Marzo 93

NAME Ernesto Martinez Ayala
ADDRESS Carr 103 Km 4.7 Bo. El Coquí #135

TELEPHONE NUMBER 851-5252
DATE OF BIRTH 21 julio 23
AGE 59
PLACE OF BIRTH
RACE OR NATIONALITY OF PARENTS

RELIGION
EDUCATION (Highest level attained) Junio
OCCUPATION —
HOW LONG

PRESENT MARRIAGE (Year married)
PREVIOUS MARRIAGE (Year married and duration) Miriam Agudo - hija (plan IMA) 03-0354

WHERE AND WHEN HAVE YOU LIVED OR TRAVELED OUTSIDE THE U.S. AND CANADA?

| | FATHER | Present health or cause of death | MOTHER | Present health or cause of death | SPOUSE | Present health or cause of death |
|---|---|---|---|---|---|---|
| ALIVE ► | ☐ | | ☐ | | ☑ | |
| DECEASED ► | ☑ | Vejez | ☑ | [illegible] | ☐ | Vómitos [illegible] |

| | NO. ALIVE | HEALTH | NO. DECEASED | CAUSE OF DEATH |
|---|---|---|---|---|
| BROTHERS ► | 3 | DM 1 - [illegible] | | |
| SISTERS ► | 6 | Card. HBP 1 - HBP - Stroke 2 - [illegible] | 1 | [illegible] |
| CHILDREN ► | 2 | AGES & HEALTH 1 - DM 1 - [illegible] 1 - [illegible] | | AGES & CAUSE OF DEATH |

CHECK ILLNESSES WHICH HAVE OCCURRED IN ANY OF YOUR **BLOOD RELATIVES** ☐ Diabetes ☐ Cancer ☐ Bleeding tendency ☐ Kidney disease ☐ Tuberculosis ☐ Heart disease ☐ Stroke ☐ High blood pressure ☐ Nervous illness ☐ Allergy ☐ Other

CHECK ANY ILLNESSES OR CONDITIONS **YOU** HAVE HAD ☐ Diabetes ☐ Glaucoma ☐ Heart trouble ☐ Syphilis ☐ Vein trouble ☐ Cancer ☐ Asthma ☐ Jaundice ☐ Gonorrhea ☐ Bleeding tendencies ☐ Tuberculosis ☐ Pneumonia ☐ Kidney disease ☐ Rheumatic fever ☐ Nervous disorder ☐ Other

LIST OTHER ILLNESSES NOT REQUIRING OPERATION FOR WHICH YOU WERE HOSPITALIZED
No

HAVE YOU HAD SERIOUS INJURIES, BROKEN BONES, ETC.?
☑ No ☐ Yes ► LIST:

HAVE YOU HAD ALLERGY OR SENSITIVITY TO MEDICINES OR OTHER SUBSTANCES?
☐ NO ☑ Yes ► LIST: ASA

DO YOU USE TOBACCO NOW? ☑ No ☐ Yes
IN THE PAST? ☑ No ☐ Yes
TYPE AND DAILY AMOUNT
HOW LONG?

DO YOU USE ALCOHOLIC BEVERAGES? ☑ No ☐ Yes ►
TYPE
WEEKLY AMOUNT
HOW LONG?

DO YOU DRINK COFFEE? ☐ No ☑ Yes ► 1 vez/día
WEEKLY AMOUNT
HOW LONG?

CHECK THE DISEASES AGAINST WHICH YOU HAVE BEEN IMMUNIZED
☐ Smallpox ☐ Tetanus ☐ Typhoid ☐ Polio ☐ Influenza ☐ Other

PREVIOUS OPERATIONS (Dates, hospitals and name of surgeon)
Mastectomía [illegible] 1-29 [illegible] → Colecistectomía
[illegible] [illegible] [illegible] hace 6 años

DENTAL (List any problems you have now)

MEDICATIONS (Name or otherwise identify medicines now or recently used)
—
[illegible] [illegible] 91 [illegible]
[illegible] [illegible] [illegible]

ONSET DATE OF LAST MENSTRUAL PERIOD
PERIODS ARE ☐ Regular ☐ Irregular
NUMBER OF PREGNANCIES 3
NUMBER OF MISCARRIAGES 0

HAVE YOU TAKEN CORTISONE-TYPE DRUGS? ☐ No ☐ Yes
ORAL CONTRACEPTIVES? ☐ No ☐ Yes
HAVE YOU RECEIVED A BLOOD TRANSFUSION? ☑ No ☐ Yes ► DATE:

DRESSED WEIGHT
HOW LONG HAVE YOU BEEN AT THIS WEIGHT?

WHAT IS YOUR MAIN MEDICAL PROBLEM AND HOW LONG HAVE YOU HAD IT?
Hiperlipidemia [illegible]

WHAT IS YOUR MAIN SYMPTOM?

REVIEWED BY (Physician)
DATE

d 18 [illegible] y refiere se [illegible] dos [illegible] le [illegible] izquierdo. Se aplicó Bengay. Alrededor de [illegible] del pie izquierdo y le llega hasta la [illegible] de la cirugía de mano izquierda. En vez le [illegible] los [illegible], el CT [illegible] y todo salió bien.

O Corazón - RUR

Pulmón Cs.

Abdomen - no dolor a la palpación

Al uso del antebrazo izquierdo refiere dolor en codo izquierdo

A. 46 OS.

P. Relafen 500 y [illegible] [illegible] [illegible].

8/3/96 140/90 P 80 1146

d 18 refiere que en una placa de pecho salió en [illegible]. Le da dolor en los [illegible]. Quiere tomar [illegible] [illegible] y [illegible].

O Orientado

[illegible]

Cuello - [illegible]

Corazón - RUR

Pulmón - Cs

Abd - Blando depresible, no doloroso, no masas, no [illegible]

[illegible] [illegible]

ExtInf - No edema. Pulsos [illegible]

A. [illegible] Osteoporosis
P. ABD, [illegible], [illegible] [illegible]
Densitometry [illegible]

15/3/96 120/80 [illegible]
S. [illegible] [illegible]
O. [illegible] - [illegible]
[illegible] - R/R [illegible]
[illegible]
A. ABD 134 [illegible]
[illegible] L2 [illegible]
[illegible]
P. [illegible]
[illegible]

13/4/96 120/80
[illegible] Densitometry [illegible]
Bone density is markedly decreased in the spine with a moderate increase in fracture risk. This value is below the fracture threshold.
It is moderately decreased in the femoral neck w increased fracture risk. This value is above the fracture threshold.

Fosamax 10 mg TID - Refill x3
Xanax 1 mg TID, Refill x3

15/5/96 120/80 1166
S. [illegible]
O. [illegible]
[illegible]
[illegible]
[illegible] - R.C
[illegible]
A - [illegible]

P. - Buscopan PO ... c/ 8 h
- Neotrum ... c/ 6 h ...

7/20/96

120/70

a. Ya tiene Rx de ... Ya ... [illegible] ... 110/60 ... la boca

b. Cerebro - ... Cuello - ...

A. PBI 127
... 213
... 112

P. ... 10 ... x 3
Xanax 14 ... (... x3) -
Cita 3 meses PBI ...

10/17/96

110/80 P96 110/80

a. Ya tiene Rx de ... ... que Sr. ... ... la boca, ... ... de la cabeza.

O. Boca - ...
Cerebro - ...
Cuello - Cer.
... - ... ... ... ... ... ... ... ... ...

A. PBI 108
... 207
... 219

P. - ... 
- OB x 3
- ... / ...
- Cita 3 meses a ...
- ... 10 ... 
Xanax 14 ...

12/16/96 160/70 P68 114 lb

S. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] de [illegible]

O. [illegible] - [illegible]

[illegible] . [illegible]

[illegible] - [illegible] [illegible], [illegible] [illegible] [illegible]

[illegible] - RC

[illegible] [illegible]

A. [illegible]

P. [illegible] [illegible] [illegible]

[illegible] 12.5 [illegible]

5/3/97 120/80 115 lb

S. [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible]. [illegible] [illegible]

O. [illegible]

[illegible] - [illegible]

[illegible] - RC

[illegible] [illegible].

[illegible], [illegible], [illegible] [illegible] [illegible]

[illegible] - [illegible] [illegible], [illegible] [illegible]

A. FBS 276 Trig 292

[illegible] 201

P - [illegible] [illegible] ½ [illegible]

- [illegible] 12.5 [illegible]

4/18/97 130/88 P100 112 lb

S. [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible]

O [illegible] RC

[illegible] - [illegible]

A FBS 91 [illegible] Trig 184 [illegible]

P. [illegible] [illegible]

[illegible] [illegible]

Xanax [illegible]

[illegible] [illegible]

[illegible], [illegible]

5/17/97 130/80 P72 114 lb

S. [illegible]

O. Corazón RC
[illegible]

Δ PBI 108, [illegible]
Trig 271, [illegible]

P. Cita 30 de junio a Chol, Trig, PBI, [illegible]

7/15/97 140/80 P70 110 1/2 lb

S. [illegible]

O. [illegible]
Corazón RC
[illegible]

Δ. PBI 111
Chol 202
Trig 215

P. Xanax [illegible]
Cita [illegible]

9/30/97 140/80 112 lb

S. [illegible]

O. Corazón RC
[illegible]

Δ. Chol 211 PBI 114
Trig 221

P. - Xanax [illegible]
- [illegible]
Cita [illegible] PBI, Chol y Trig

11/6/97 140/80 110 lb

S. [illegible]

O. [illegible]
[illegible]

Δ [illegible]

[illegible handwritten notes]

4/27/98 160/90 P80

6/24/98 120/80 P72

8/19/98 130/78 252 [illegible]

S. [illegible] [illegible] - [illegible] [illegible] bien.

O Corazón - R/R/C

Cabeza - [illegible]

Ext. [illegible] - [illegible] [illegible], pulsos [illegible]

A. FBS 111

Col 219

Trig 252

P. [illegible] [illegible] 20 [illegible].

[illegible] 14 [illegible].

[illegible] 3 [illegible] [illegible] FBS, Col, Trig

[illegible]

12/4/98 120/60 [illegible] [illegible]

S. [illegible] [illegible] [illegible] - Tiene [illegible] [illegible].

O. [illegible]

[illegible] - [illegible]

[illegible]

[illegible] [illegible]

Corazón - R/R/C

Cabeza - [illegible]

Ext [illegible] - [illegible] [illegible], pulsos [illegible]

A. [illegible] [illegible] FBS 110

P. - [illegible] 60 [illegible] Col 223

- [illegible] [illegible] [illegible] [illegible].

[illegible]

7/16/99 130/98 [illegible]

S. [illegible] que [illegible] no [illegible] [illegible] bien. [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible], [illegible]. Ella [illegible] [illegible] [illegible] [illegible] problema del hijo!

O. [illegible] - R/C

[illegible] - [illegible]

[illegible] - [illegible] [illegible] [illegible]

A. [illegible]

P. [illegible] 20 [illegible] 1/2 [illegible]

[illegible] [illegible] [illegible]

01/21/09 120/80 114

S: [illegible] mejor pero [illegible] [illegible] [illegible] y el [illegible]. [illegible] [illegible] [illegible]. [illegible] a [illegible] [illegible].

O. Corazon RC
Cuello Sup.
[illegible] [illegible] [illegible] [illegible] [illegible]. [illegible],
a[illegible] [illegible] [illegible] [illegible]
[illegible]. - [illegible] [illegible] [illegible] [illegible]

A: [illegible] [illegible]
- [illegible] [illegible] [illegible] [illegible]
- [illegible] TIS [illegible]
- [illegible] [illegible] OB [illegible] x3.
- [illegible] [illegible] [illegible]
- [illegible] 30 [illegible].

02-22-09 140/60 126

[illegible] [illegible] [illegible] de [illegible]
[illegible] 15.2 OB x 3 - [illegible].
[illegible] 45%
[illegible] [illegible] [illegible]. [illegible] [illegible]
De [illegible] [illegible] [illegible] [illegible]

O [illegible] [illegible]
Corazon RC
Cuello [illegible].
[illegible] [illegible] 10 [illegible]
[illegible] [illegible] [illegible] [illegible] x3
[illegible] [illegible] [illegible] [illegible]

08-02-00 130/60 172 116

S: [illegible] mejor [illegible] [illegible] [illegible] [illegible] [illegible] [illegible],
[illegible] [illegible] [illegible] [illegible], a [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]. [illegible] [illegible] [illegible] [illegible]
y [illegible] [illegible] [illegible] [illegible] [illegible].

[illegible] [illegible] [illegible] [illegible]

O. [illegible]. [illegible]
Cuello. [illegible] [illegible]
Corazon RC

[illegible handwritten notes]

O 8/17/00 120/60 114

[illegible]

ulcs. WBC 50-60

RBC 4-6

[illegible]

09/01/00 140/70 113 lb

[illegible]

12/21/00 110/70 P 56 108 lb

[illegible handwritten notes]

[illegible handwritten notes]

04-09-01 [illegible]

05-16-01 [illegible]

09-06-07 130/70 [illegible]

[illegible]

[illegible] 24/60 [illegible] , 08 [illegible]

01/04/07 140/60 [illegible] 1126

[illegible]

O. [illegible]

[illegible]

[illegible]

[illegible]

S. [illegible] CBD 211

FBS / 120

HDL 44 LDL 126

P. [illegible] FBS + 2hPP.

[illegible]

[illegible]

05/10/07 120/60 1146

[illegible] 10 [illegible]

[illegible]

O. [illegible]

[illegible]

[illegible]

S. FBS 127 2hPP 194 [illegible] 7.87 [illegible]

CBD 198 HDL 48 LDL 132 Trig 131

P. [illegible]

[illegible] XR [illegible]

[illegible] (B) + 2hPP

[illegible]

01-18-02 118/120 164 110 1/2

S. Pt [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible].

O: Cuore [illegible]

[illegible] - [illegible].

[illegible] [illegible] - [illegible] [illegible]. [illegible] [illegible]

A. FBS 102 [illegible] 198.

Col 170 Trig 217

P. Cont [illegible] [illegible].

[illegible] 2 mes [illegible] FBS [illegible], Col [illegible]

Trig

01-09-03 100/180 113 [illegible]

S. Pt [illegible] [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible]. [illegible] [illegible].

O: [illegible]

[illegible] - [illegible]

[illegible]

[illegible]

[illegible].

A. [illegible]

P. [illegible] DF [illegible] [illegible]

[illegible] 14 + [illegible]

FBS, [illegible], Col [illegible] Trig

04/11/03 [illegible] 160 113 [illegible]

S. Pt [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible].

O: [illegible]

[illegible] [illegible]

[illegible]. [illegible] [illegible], [illegible] [illegible]. [illegible] [illegible]

[illegible] [illegible]. [illegible] [illegible], [illegible]

A. [illegible] [illegible] [illegible] 2003

FBS 129 Col 200 [illegible] 189

[illegible] 232 [illegible] 46

[illegible] 117

P. [illegible] FBS [illegible] [illegible]

[illegible] [illegible].

[illegible] [illegible].

[illegible] [illegible]

07-08-03 [illegible]

[illegible] FBS [illegible] 2HPP HbA1c [illegible]

TID

07/16/03 100/60 [illegible] 1136

[illegible]

O. [illegible]

[illegible]

A. FBS 138 2HPP 186 HbA1c 7.3%

Chol 243 HDL 50 LDL 150

Trig 217

P. [illegible]

[illegible] FBS 2HPP, Chol HDL-LDL Trig

01/18/03.

11/04/03 140/80 1112

[illegible]

O. [illegible]

A. FBS 119 2HPP 140

Chol 204 HDL 62 LDL 114 Trig 140

P. [illegible]

[illegible] FBS. 2HPP HbA1c. Chol HDL-LDL [illegible]

[illegible]

02-18-04 110/88 P60 111

[illegible]

1. [illegible] 13.8 FBS 135
[illegible] 189 [illegible] 6.9

Chol 222
HDL 48 Trig 87
LDL 143

P [illegible]

04/14/07

[illegible]

08/21/04 130/80 P60 109

[illegible]

A. FBS 134 [illegible] 196 [illegible] 6.6
CHOL 237
HDL 53 Trig 127 Total [illegible] 8.4
LDL 155

P. - Cut [illegible] 500
- [illegible] 2.5mg [illegible]

- [illegible] 20 [illegible]
- [illegible] 2.5 mg [illegible]
- FBS [illegible]

09/09/04 140/[illegible] 107

[illegible]

O. [illegible]
[illegible]
[illegible]

A. FBS 115 [illegible]
[illegible] 137

P. [illegible] 2.5 mg [illegible]
[illegible] 50 mg [illegible]
[illegible]
[illegible] 10 mg
[illegible] FBS [illegible] HgbA1c [illegible]
AST - ALP
[illegible]

11/09/04 140/88 [illegible] 105

[illegible]
O. [illegible]
[illegible]
[illegible]

A. [illegible] 15.1 FBS 117 [illegible] 188 [illegible] 164
[illegible] 200 HDL 45
HgbA1c 6.08% LDL 110

P. [illegible] 2.5 mg [illegible]
[illegible]
[illegible] 50 mg [illegible]
[illegible] 20 mg [illegible]
[illegible] FBS [illegible] AST - ALT
[illegible]

01-20-05 120/A 110'C
[illegible]
O. [illegible]
[illegible]

A. FBS 127 CO 149 AST-17
[illegible] 194 [illegible] 41 [illegible] 131 ALT 34
[illegible] 82
[illegible]

04/29/05 120/80 168 110

[illegible]
O. [illegible]
[illegible]

A. FBS 120 COL 171
[illegible] 138 [illegible] 39 [illegible] 184
[illegible] 6.8% [illegible] 96
[illegible]

08/10/05 120/80 172 110
[illegible]
O [illegible]
[illegible]

[illegible handwritten notes]

12/24/05 ... 170/80 ... 103

[illegible handwritten notes]

A. ... Both feet [illegible] toe.

CB-mi [illegible] ... 1 ... 7. Alc ...

12/27/05

[illegible handwritten notes]

**CONTINUATION SHEET**

01/02/06 100/80

ABS 124 ... 198
WBC 220 ... 36 ... 138.
... 132

Dologenic

02/14/06 160/80. 100

Glipizide XL 2.5g ...

06/22/06 100/60 164 100

A. WBC 9,300 ... 194
14.0 ... 39 ... 129
402,000 ... 130

FBS 103 ... 142 | 104 ... 32 ... 10
... 166 ... 4.3 | 24.1 AST 17 ... 0.7

... Alc 6.1%

- [illegible] [illegible] [illegible]
- [illegible] 500 [illegible]
- [illegible] [illegible] [illegible]
[illegible] [illegible]
[illegible] 50 [illegible]

08/24/06 130/80 P68

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] Dr. [illegible] [illegible] [illegible] [illegible]

O. [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] de la mano [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

A. [illegible] [illegible] [illegible] - OD
[illegible] - [illegible]
[illegible] [illegible] 10 [illegible]
[illegible] [illegible] [illegible]

P. [illegible]

P. - [illegible] [illegible]
- [illegible] [illegible]
- [illegible] 500 [illegible]
- [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]
- [illegible] [illegible]
- [illegible] [illegible] [illegible]

**CONTINUATION SHEET**

11/02/06 120/60 [illegible] 102

[illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible].

O [illegible]

[illegible] [illegible].

[illegible] [illegible] - [illegible]. [illegible] [illegible]

A. [illegible] 216 FBS 116

[illegible] 39 Trig 182 2HPPC 118

[illegible] 141 [illegible] 6.4).

BUN 13 [illegible] 4.2

WBC 8,600 Creat 0.7

Hg 13.7

Plt 302,000

P Glipizide XL 2.5 q [illegible]

[illegible] 50, [illegible]

[illegible] 10, [illegible]

[illegible] [illegible] [illegible] 2HPPC [illegible]

[illegible] [illegible] [illegible] [illegible]

[illegible]

[illegible] 140/80 [illegible] 103

03/09/07

[illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible].

O [illegible]

[illegible] [illegible].

[illegible] [illegible], [illegible], [illegible] [illegible]

[illegible] [illegible] - [illegible]. [illegible] [illegible]

A. OB -ve FBS 102

2HPPC 110

[illegible] 194 [illegible] 6.1).

HDL 36 [illegible] 0.8 y 4.

LDL 131

Trig 139 [illegible] 8.9

BUN 10

Creat 0.6

D Xenogo 2 [illegible]

Glipizide XL 2.5 q [illegible]

[illegible] 80, [illegible]

[illegible] 10, [illegible] [illegible]

[illegible] [illegible] [illegible] 600 [illegible]. [illegible]

Crits 3 hrs - - FRA [illegible] [illegible] /.Acc.

[illegible] [illegible] CBC

Nombre del paciente: Fermita Martin Ayala #1314

| Fecha | Diente | Sup. | Notas de tratamiento |
|---|---|---|---|
| 11/20/04 | 13 | MOD | Composite; no anestesia usada. Postcure fibertor cementado con Calibra; [initials] |
| 10/25/05 | | | Panorex ray; 1 PA #5. Paciente tiene dentadura hasta y el área de la extracción #5 la cual fue efectuada por otra dentista está inflamada y tiene mucha molestia. La extracción la efectuaron hace 6 meses aproximadamente y desde entonces ha estado sangrando por tiempo y no ha sanado bien. Se le informó a la paciente que tenía que hacer la dentadura para evaluar posible trauma. Examen clínico; prophy. [initials] Rx Cleocin 300mg, 12 hr. |
| 12/5/05 | | | 1 PA xray oclusal del área #5; la cual continúa inflamada se ve área de extracción que no ha sanado completamente, la cicatrización después de todo este tiempo no se ve bien. Referida al Maxilofacial Dr. Oscar Muñiz para evaluar área; no se ve [illegible] pero paciente tiene historial de cáncer hace 8 años y se refirió para evaluar. [initials] |
| 1/23/06 | | | Paciente NO fue a evaluación con Maxilofacial, cuando se refirió y en estos momentos me dice "me está saliendo una raíz". 1 Carpule [illegible] se drenó área tenía mucha infección y salió pedazo de hueso aproximadamente; se envió a patólogo para |

Dra. Rosa M. García Amador

Nombre del paciente Trenita Martz Ayala #1314

| Fecha | Diente | Sup. | Notas de tratamiento |
|---|---|---|---|
| | | | [illegible] |
| 2/2/06 | | | Cita de seguimiento. Paciente [illegible] [illegible] en el recto [illegible] [illegible] área. |
| 2/3/06 | | | Dr. [illegible] llamó para aclarar dudas sobre paciente y me preguntó si está tomando [illegible] y [illegible] del cáncer de [illegible] se le explicó [illegible] dudas |
| | | | Patología a vuelta de correo (ver copia en record) |
| 2/7/06 | | | Paciente me informa se efectuó prueba con Dr. [illegible] y la dio de alta y se le entregó copia de la patología |

Dra. Rosa M. García Amador

PATOLOGIA ORAL Y MAXILOFACIAL DEL OESTE
P.O. BOX 8053 MARINA STA.
MAYAGUEZ, PR 00681
TELEFONO (787) 891-9155

# PATHOLOGY REPORT

DATE: FEBUARY 02, 2006 LAB. NO.: OP-016-06
PATIENT: CARMEN MARTINEZ AGE: Y/O SEX: F
REFERING DOCTOR: ROSA GARCIA

HISTORY: Older aged female with a history of an extraction done by another general practitioner five or six months ago still presents non-healing socuet with seropurulent exudate. The extraction was related to a tooth #4 in close proximity with the maxillary sinus. Past medical history includes breast cancer and at present patient is taking Fosamax every week for the last five years. Second clinician sees patient for evaluation and confirms a none-healing extraction area at the right maxilla. Clinician debrided the area and obtained a conspicuous amount of a purulent exudate with a fibrinous coagulum. Clinician submitted specimen for histopathologic examination with no provisional clinical diagnosis.

MICROSCOPIC: Histologic examination reveals multiple sections of an exuberant granulation tissue with large areas of hemorrhage lined in some areas by a hyperplastic nonkeratinized stratified epithelium. This tissue has a diffuse and intense admixture of chronic and acute inflammatory cells. In some areas, aggregates of polys in a purulent/edematous background are evident. In addition, some portions of the specimen contains amorphous basophilic colonies of microorganisms. Nonviable bone spicules are evident throughout the specimen.

DIAGNOSIS: Hyperplastic subacutly inflamed granulation tissue with focal abscess formation, basophilic bacterial colonies and nonviable bone fragments, extraction area of tooth #4.

COMMENTS: The histologic features when combined with the radiographic appearence and the present and past medical history is compatible with a diagnosis of osteochemonecrosis.

José G. Wiscovitch DMD,MS
Oral Pathologist/Endodontist