## DECLARATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, I have supplied all the documents requested in part XI of this Profile Form to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and I have supplied the authorizations attached to this declaration.

*Carmen E. Martinez*

| *Carmen E. Martinz* | *Carmen E. Martinz* | *8 agosto-07* |
|---|---|---|
| Signature | Print Name | Date |

BA2/306801